# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KESHIA FIELD,<br><br>         Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>         Defendant. | Case No.: 1:25-cv-03554<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Keshia Field ("Plaintiff"), and Defendant, Equifax Information Services, LLC, ("EQUIFAX), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to TRANS UNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

                                        RESPECTFULLY SUBMITTED,

Dated: 10/13/2025         By:     */s/ Mark A. Carey*
                                        Mark A. Carey, Esq
                                        **Law Offices of Mark A. Carey, P.C.**
                                        500 Roswell Rd., Ste Bldg C
                                        Sandy Springs, GA 30342
                                        P: (716) 853-9243
                                        E: markcareylaw@ymail.com
                                        **Attorneys for Plaintiff,**
                                        **Keshia Field**

## **CERTIFICATE OF SERVICE**

I certify that on 10/13/2025, I served Plaintiff Keshia Field's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey, Esq
**Law Offices of Mark A. Carey, P.C.**
500 Roswell Rd., Ste Bldg C
Sandy Springs, GA 30342
P: (716) 853-9243
E: markcareylaw@ymail.com
**Attorneys for Plaintiff,
Keshia Field**