IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KESHIA FIELD,                                  :
                                               :
        Plaintiff,                             :
                                               :        CIVIL ACTION NO.
        v.                                     :        1:25-cv-03554-AT-JSA
                                               :
EQUIFAX INFORMATION                            :
SERVICES, LLC,                                 :
                                               :
        Defendant.                             :

## ORDER

The Court has been advised that the parties have reached a settlement and that a stipulation of dismissal is forthcoming.

As no matters remain pending before the Court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.  The parties are directed to file a stipulation of dismissal within **SIXTY (60) DAYS** of the entry date of this Order.  Should settlement not be consummated by that time, the Parties may move to reopen this action.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary.  If neither a stipulation of dismissal nor a motion to re-open the case is filed within the sixty days, this action will be dismissed with prejudice.

**SO ORDERED** this 15th day of October, 2025.

Amy Totenberg
United States District Judge